**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

JAMES JOSEPH PETEFISH, SR.,        Case No. 4:24-cv-00368-SHL-SBJ
Plaintiff/Appellant,

                                   **NOTICE OF APPEAL**

v.

MATTHEW SPERFSLAGE, et al.,
Defendants/Appellees.

Notice is hereby given that Plaintiff/Appellant JAMES JOSEPH PETEFISH, SR. appeals to the United States Court of Appeals for the Eighth Circuit from the Order Granting Defendants' Motion for Summary Judgment entered on May 20, 2026 (ECF No. 35), and from the final judgment entered in favor of Defendants and against Plaintiff pursuant to that order.

Plaintiff/Appellant intends this notice to encompass the final judgment and all prior rulings, orders, and issues that merge into or are reviewable from that judgment, including the grant of summary judgment in its entirety.

Transcript Order Statement: Plaintiff/Appellant is not ordering a transcript at this time because the appeal is from a summary-judgment disposition on the written record and no trial was held. Plaintiff/Appellant reserves the right to order any transcript later determined to be necessary under Federal Rule of Appellate Procedure 10(b).

Respectfully submitted,

*/s/ Christopher A. Kragnes*
Christopher A. Kragnes
1000 73rd Street, STE 23
West Des Moines, IA 50265
515.282.9200
chris@ktkpc.com
Counsel for Plaintiff/Appellant

**CERTIFICATE OF SERVICE**

I certify that on June 16, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will serve all counsel of record who are registered CM/ECF participants. I further certify that I served a copy on Plaintiff/Appellant by email at: petefishjimmy@gmail.com.

*/s/ Christopher A. Kragnes*