# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF IOWA
### CENTRAL DIVISION

## NOTICE OF APPEAL SUPPLEMENT

| | |
|---|---|
| Case Name: | JAMES JOSEPH PETEFISH, SR., v. MATTHEW SPERFSLAGE, et al. |
| District Court Case Number: | 4:24-cv-00368-SHL-SBJ |
| Appeal Fee Status: | [ ] Paid   [ ] IFP   [x] Pending IFP   [ ] Government Appeal (select/confirm before filing) |
| Counsel: | [ ] Appointed   [ ] CJA   [ ] Retained   [ ] Pro Se   [X] Pro Bono   [ ] FPD |
| Appeal filed by: | [X] Counsel   [ ] Pro Se |
| Any reason why counsel should not be appointed: | None known. District-court pro bono counsel is filing a protective notice of appeal and separately seeks leave to withdraw; Plaintiff may request appellate appointment if appropriate. |
| Certificate of Appealability: | [ ] Denied   [ ] Granted   [X] Not Issue / Not Applicable |
| Pending post-judgment motions: | [ ] Yes   [X] No   (confirm docket before filing) |
| If so, type of motion(s) and docket entry number: | N/A |
| High Public Interest Case: | [ ] Yes   [X] No |
| Simultaneous Opinion Release Requested: | [ ] Yes   [X] No |
| Trial Held: | [ ] Bench   [ ] Jury   [X] No |
| Court Reporter: | [ ] Yes   [X] No |
| Reporter's Name: | N/A |
| Appealing: | [ ] Order prior to final judgment   [X] Final judgment |

***File this form with the Notice of Appeal***

## CERTIFICATE OF SERVICE

I certify that on June 16, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will serve all counsel of record who are registered CM/ECF participants. I further certify that I served a copy on Plaintiff/Appellant by email at: petefishjimmy@gmail.com.

*/s/ Christopher A. Kragnes*