# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF IOWA
### CENTRAL DIVISION

JAMES JOSEPH PETEFISH, SR.,
Plaintiff/Appellant,

v.

MATTHEW SPERFSLAGE, et al.,
Defendants/Appellees.

Case No. 4:24-cv-00368-SHL-SBJ

**MOTION FOR LEAVE TO WITHDRAW AS PRO BONO COUNSEL**

Plaintiff's counsel, Christopher A. Kragnes, respectfully moves for leave to withdraw as counsel of record under Local Rule 83(d)(6). In support, counsel states as follows:

1. The Court appointed counsel for Plaintiff in this civil-rights matter during the district-court proceedings, and counsel has served on a pro bono basis.

2. On May 20, 2026, the Court entered its Order Granting Defendants' Motion for Summary Judgment (ECF No. 35), directed the Clerk to enter judgment for Defendants, and directed that the case be closed.

3. To protect Plaintiff's appellate rights, counsel has prepared and filed, or is contemporaneously filing, a Notice of Appeal to the United States Court of Appeals for the Eighth Circuit. Counsel does not seek withdrawal until the protective notice has been filed and Plaintiff has been served with the notice and this motion.

4. Good cause exists for withdrawal. Counsel accepted and completed the pro bono district-court representation through final judgment. Counsel is not undertaking appellate representation unless separately appointed by the Court of Appeals or otherwise ordered, and withdrawal will not prejudice any trial setting because no trial date exists and the case has been resolved by summary judgment.

5. Trial date: None. No trial was held.

6. Pending motions: None known as of the filing of this motion. Counsel will supplement this statement if any post-judgment motion is filed before this motion is ruled upon.

7. Counsel has served Plaintiff with this motion by first-class mail at [Plaintiff last known mailing address], has advised Plaintiff that he will proceed pro se unless successor/appellate counsel appears or is appointed, and has advised Plaintiff that he must keep the Court and the Court of Appeals informed of his current mailing address.

8. Counsel will provide Plaintiff with the file materials reasonably necessary to continue pro se or through successor counsel, subject to any applicable protective orders, privacy rules, and institutional mailing limitations.

WHEREFORE, counsel respectfully requests that the Court enter an order granting leave to withdraw as pro bono counsel of record and directing that future notices in the district court be served on Plaintiff at his current mailing address unless and until successor counsel appears.

Respectfully submitted,

*/s/ Christopher A. Kragnes*
Christopher A. Kragnes
1000 73rd Street, STE 23
West Des Moines, IA 50265
515.282.9200
chris@ktkpc.com
Counsel for Plaintiff/Appellant

## CERTIFICATE OF SERVICE

I certify that on June 16, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will serve all counsel of record who are registered CM/ECF participants. I further certify that I served a copy on Plaintiff/Appellant by email at: petefishjimmy@gmail.com.

*/s/ Christopher A. Kragnes*